UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL MUHAMMAD,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE GROUP, INC., et al.,<br><br>Defendants. | Case No. 25-cv-08265-LJC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 32, 33 |

The Court previously dismissed Plaintiff Danial Muhammad's First Amended Complaint (FAC), determining that the FAC did not allege a basis for subject matter jurisdiction. ECF No. 32 at 6. The Court provided Plaintiff an opportunity to file a Second Amended Complaint alleging a basis for subject matter jurisdiction, and set February 27, 2026 as Plaintiff's filing deadline. *Id.* at 7.

Plaintiff has not filed a Second Amended Complaint. Instead, he filed a "Notice of Compliance with Court Order (Re: ECF Nos. 23, 27) and Intent to Proceed in Proper Forum," representing that he "will proceed in accordance with the Court's ruling and will pursue his claims in the appropriate forum consistent with the requirements of the Federal Arbitration Act and applicable law." ECF No. 33 at 1, 3. Plaintiff's filing states that he "expressly reserves the right to seek relief in this Court should circumstances arise that confer proper federal jurisdiction." *Id.* at 3.

As Plaintiff did not file a Second Amended Complaint and the Court has determined that it does not have subject matter jurisdiction over this case based on the allegations in the operative complaint (*see* ECF No. 32), this matter is dismissed. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); Fed. R. Civ. P. 12(h)(3). Dismissal is without prejudice. *See*

United States District Court
Northern District of California

*Kelly v. Fleetwood Enters., Inc.*, 377 F.3d 1034, 1036 (9th Cir. 2004) (dismissal without prejudice proper where district court lacks subject matter jurisdiction); Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: March 25, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2